472 P.2d 985

STATE ex rel. Donovan O. COTTON,
Petitioner,

v.

DISTRICT COURT FOR BERNALILLO
COUNTY, New Mexico, and the Honorable
Paul F. Larrazolo, District Judge, and
Salomon O. Vallejos, Clerk of the District
Court, Respondents.

No. 9104.

Supreme Court of New Mexico.

Aug. 10, 1970.

Ordered that petition for writ of prohibition be and the same is hereby denied.

472 P.2d 985

The STATE of Utah and Barbara J. Tuft
ex rel. Jeri Dee TUFT, Neil Rodger Tuft
and Jody Louise Tuft, minor childen of
Barbara J. and Sherrill D. Tuft, Petitioners,

v.

Sherrill D. TUFT, Respondent.

No. 9102.

Supreme Court of New Mexico.

Aug. 10, 1970.

Ordered that petition for writ of habeas corpus be and the same is hereby denied.